UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMES E. ARMSTEAD, JR., | ) | No. CV 14-1541-GW (PLA) |
| Petitioner, | ) ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) ) | |
| TIM V. VIRGA, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the magistrate judge's report and recommendation, and petitioner's objections to the report and recommendation. The Court has engaged in a de novo review of those portions of the report and recommendation to which objections have been made. The Court accepts the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted.

/

/

/

/

/

/

    2.       Respondent's Motion to Dismiss is granted.

    3.       Judgment shall be entered consistent with this order.

    4.       The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: October 16, 2015

                              HONORABLE GEORGE H. WU
                              UNITED STATES DISTRICT JUDGE