# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JAMES E. ARMSTEAD, JR., | ) | No. CV 14-1541-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| TIM V. VIRGA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: October 16, 2015

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE